DANIELLE MARIE VALOE,

        Plaintiff,

  v.                              Case No. 26-CV-01301

WISCONSIN LABOR AND INDUSTRY      (Milwaukee County Circuit Court
REVIEW COMMISSION; MICHAEL GILLICK;  Case No. 26-cv-3570)
MARILYN TOWNSEND; GEORGIA E.
MAXWELL; WISCONSIN DEPARTMENT
OF WORKFORCE DEVELOPMENT;
ANTONIETTE MARTIN; SYVIL ECKFORD;
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION; and WASTE MANAGEMENT
INC. OF WISCONSIN,

        Defendants.

## NOTICE OF REMOVAL

Defendant Equal Employment Opportunity Commission ("EEOC"), by and through its undersigned attorneys, respectfully submits this notice of removal of the above-captioned civil action from the Milwaukee County Circuit Court to the United States District Court for the Eastern District of Wisconsin, and in support hereof states as follows:

1. There is now pending before the Milwaukee County Circuit Court a civil action against the above-named defendants captioned *Danielle Marie Valoe v. Wisconsin Labor and Industry Review Commission, et al.* Case No. 26-cv-3570, filed on April 15, 2026. A true and correct copy of the summons, complaint, and other filings filed in that case and received by the EEOC are attached and identified as Exhibit A.

2. The United States has not been served pursuant to Fed. R. Civ. P. 4(i). The EEOC

1

was notified of the action when it received the documents attached as Exhibit A by regular mail on June 26, 2026. Thirty days have not elapsed since receipt.

3. Plaintiff apparently alleges, *inter alia*, that the EEOC and certain state agencies and officials, including the Labor and Industry Review Commission and Equal Rights Division of the Wisconsin Department of Workforce Development, mishandled charges of discrimination Plaintiff filed with respect to her employer, Waste Management Inc. of Wisconsin. She seeks judicial review of those agencies' actions and judgment in her favor.

4. The EEOC is an agency of the United States government, tasked with enforcing federal equal employment opportunity statutes, including Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act. *See* 42 U.S.C. § 2000e-4; 42 U.S.C. § 12117.

5. A civil action "that is commenced in a State Court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending: (1) The United States *or any agency thereof* or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office . . . ." 28 U.S.C. § 1442(a)(1) (emphasis added).

6. Removal of this action is therefore authorized by § 1442(a)(1) because Plaintiff's claims are for or relate to alleged actions by the EEOC, an agency of the United States.

7. Consistent with 28 U.S.C. § 1446(b), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Milwaukee County, Wisconsin and served on Plaintiff and the other parties of record. *See* 28 U.S.C. § 1446(a), (d), and (g). The Circuit Court of Milwaukee County, Wisconsin is located within the jurisdiction of this Court.

8. This Notice of Removal is filed subject to and with the full reservation of all

2

rights and defenses under federal or state law, including but not limited to defenses and objections to forum, venue, improper service and personal jurisdiction. No admissions are intended hereby as to the propriety of liability or damages with respect to any aspect of this case. Nothing in this Notice of Removal should be taken as an admission that Plaintiff's allegations are sufficient to state a claim for relief or have any merit, or that Plaintiff is entitled to or otherwise may recover any of the relief she seeks.

WHEREFORE, the action now pending in the Milwaukee County Circuit Court as Case No. 26-cv-3570 should be and is hereby removed to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1442(a)(1).

Dated at Milwaukee, Wisconsin, this 27th day of July 2026.

Respectfully submitted,

*s/ Luke Sinclair*
LUKE P. SINCLAIR
Assistant United States Attorney
Wisconsin State Bar No. 1087786
Office of the United States Attorney
Federal Building, Room 530
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Tele: (414) 297-1700
Luke.Sinclair@usdoj.gov

3